**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **Kristin Ferguson Jones, Jennifer Arispe, Vanessa Garcia, Ashley Rios, Cynthia Ann Martinez, Krystal Delph, Michelle Rios, Natalie Trujillo, Mirna Estopier, Jecenia R. Castillo Vidal and Karen Zuniga o**n Behalf of Themselves and Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>**Amaro Law Firm**<br><br>    Defendant. | Civil Action No. 4:24-cv-03927 |

## Notice of Settlement

Plaintiffs Kristin Ferguson Jones, Jennifer Arispe, Vanessa Garcia, Ashley Rios, Cynthia Ann Martinez, Krystal Delph, Michelle Rios, Natalie Trujillo, Mirna Estopier, Jecenia R. Castillo Vidal and Karen Zuniga and Defendant R. James Amaro, P.C. [1] (collectively, "Parties") notify the Court that they have reached a resolution of all claims asserted in the above-captioned action and show the Court as follows:

1.    The Parties are currently in the process of executing their settlement agreement. Under the agreement, administration of the settlement is to be completed within 104 days from the effective date of the settlement agreement.

2.    Accordingly, so that the Parties may finalize their settlement agreement and complete settlement administration, they jointly and respectfully request that the Court terminate

---

[1]    Defendant's name was misidentified and misnamed in this lawsuit as "Amaro Law Firm."

its January 23, 2025 Scheduling Order (Doc. 17) and all deadlines set forth therein and cancel the August 17, 2026 trial setting currently applicable to this action.

3.      Upon completion of the administration of the settlement, the Parties will promptly file a joint stipulation of dismissal with the Court. The Parties also will notify the Court of any material changes to the terms and conditions on which their settlement will be administered.

Respectfully submitted,

| | |
|---|---|
| */s/ Taylor A. Jones (w/ permission)* | */s/ Corey E. Devine* |
| **Taylor Ashley Jones** | **Corey E. Devine** |
| **Attorney-in-Charge** | **Attorney-in-Charge** |
| **State Bar No. 24107823** | **State Bar No. 24055399** |
| **Fed ID No. 3348814** | **SDTX Bar No. 705063** |
| **tjones@hkm.com** | **cdevine@muskatdevine.com** |
| **HKM EMPLOYMENT ATTORNEYS** | **MUSKAT DEVINE LLP** |
| 1201 Fannin Street, Suite 202 | 1201 Louisiana Street, Suite 850 |
| Houston, Texas 77002 | Houston, Texas 77002 |
| Telephone: (832) 446-9403 | Telephone:  713-987-7850 |
| Facsimile: (832) 446-9403 | Facsimile:  713-987-7854 |
| | |
| **Attorney-in-Charge for** | **Attorney-in-Charge for** |
| **Plaintiffs** | **Defendant R. James Amaro, P.C.** |

## Certificate of Service

This document has been served on all parties on April 15, 2026 through the Court's ECF system.

/s/ Corey E. Devine
Corey E. Devine
**Attorney-in-Charge for**
**Defendant R. James Amaro, P.C.**